## WESCOTT *v.* CLARK.

HILL, J. 1. The exception to the charge of the court raises but one question for decision, and that is whether it was unauthorized by the evidence and prejudicial to the defendant. The exception is without merit, there being sufficient evidence to furnish a basis for the charge of which complaint is made.

2. The evidence was sufficient to authorize the verdict.
                    *Judgment affirmed. All the Justices concur.*
                    DECEMBER 17, 1915.

Garnishment. Before Judge Fite. Catoosa superior court. January 4, 1915.

*W. H. Payne,* for plaintiff in error.    *W. E. Mann,* contra.